# ROSICKI, ROSICKI & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
Office: 51 East Bethpage Road
Plainview, NY 11803
Telephone (516) 741-2585
Facsimile (516) 873-7243

October 9, 2009

**BY ELECTRONIC FILING AND
BY FIRST CLASS MAIL**

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:     Matthew Austin
        Bankruptcy Case No. 09-14605 mg
        <u>Chapter 13</u>

Dear Sirs/Madam:

Our office represents Capital One Auto Finance, a secured creditor of the above referenced Debtor. We submitted an Objection to Confirmation dated September 28, 2009.

With regard to the above referenced case, kindly allow this letter to confirm that we have withdrawn our Objection to Confirmation, as Debtor's Amended Chapter 13 Plan intends to surrender the vehicle with the stay to be lifted upon confirmation.

Should you have any questions please feel free to contact the undersigned. Your assistance is greatly appreciated.

Very Truly Yours,
ROSICKI, ROSICKI & ASSOCIATES, PC

_____
John Brock
Paralegal