Mailing Address
P.O. Box 1291
Buffalo, NY 14240-1291

Overnight Mail
220 Northpointe Parkway
Suite G
Amherst, NY 14228



STEVEN J. BAUM, P.C.
ATTORNEYS AT LAW

Phone Number
716-204-2400

Fax Number
716-204-4600

Web Site
WWW.MBAUM.COM

November 20, 2009

Linda Tirelli, Esq.
The Law Offices of Linda M. Tirelli, Esq.
202 Mamaroneck Avenue, 3rd Floor
White Plains, NY 10601

      Re:    In re Austin
      Case no.: 09--14605

Dear Ms. Tirelli:

This correspondence is in regard to the Objection to Claim that you filed on behalf of the debtor on November 15, 2009 that has a scheduled hearing date of December 3, 2009. Federal Rule of Bankruptcy Procedure 3007(a) provides that an objection to claim must be filed at least thirty (30) days prior to the hearing. The above objection was filed 18 days prior to the return date. In light of the foregoing, we ask that you withdraw your motion and re-notice to comply with the above requirements.

With respect to your letter dated November 4, 2009, that was sent only a mere nine calendars before you filed your objection, please be advised that we are working with BAC Home Loans Servicing, LP to obtain the information you requested. BAC Home Loans Servicing, LP is preparing responses to your Qualified Written Requests and will respond within the statutory time period provided by RESPA.

Please contact me at your earliest convenience so that we can discuss this further.

                      Very truly yours,

                      Natalie A. Grigg

cc:    Hon. Martin Glenn