UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:
:
:
      Matthew Austin                                     Chapter 13
                                                 :            Case No. 09 -14605 (MG)

                            Debtor                :
-------------------------------------------------------------x

**ORDER REGARDING CHAPTER 13 CASE FUTURE PROCEEDINGS**

This case came on for hearing before the Court on **November 19, 2009.** Based on the pleadings on file, and the issues raised during the hearing, the Court hereby directs that the Debtor or, if the Debtor is represented by counsel, Debtor's counsel, do the following (for each item checked below):

**_X_ 1. File an amended chapter 13 plan on the form approved by the Court ("Model Chapter 13 Plan") on or before November 26, 2009.**

__ 2. Serve the plan or amended plan on all creditors more than 25 days before confirmation hearing and file certificate of service as required by Local Bankruptcy Rules 3015-1(c) and 9078-1. **\*\*(As of 12/1/2009, and per the Bankruptcy Rule 2002 the 25 days Notice goes to up 28 days Notice)\*\***

**_X_ 3. File all missing schedules on or before November 26, 2009.**

__ 4. Provide the Chapter 13 Trustee with copies of all missing documents (as identified by the Trustee) on or before _____, 2009.

__ 5. Debtor to appear at the Section 341 meeting on _____, 2009.

__ 6. File all delinquent operating reports on or before _____, 2009.

1

__ 7. File objections to claims # _____ on or before _____, 2009 and properly notice the objections for hearing on _____, 2009.

__ 8. File a written status report with the Court addressing the status of all open issues in this case on or before _____, 2009.

**_X_ 9. Appear at an adjourned confirmation (or other) hearing scheduled for January 14, 2010, at _X_ 10:00 a.m. or __ 2:00 p.m. Debtor's appearance at the adjourned hearing is __ required, or _X_ excused .**

Failure to comply with any provision in this Order may result in dismissal of this case, or the imposition of sanctions against the Debtor or Debtor's counsel as may be appropriate in the circumstances.

**IT IS SO ORDERED.**

DATED:    November 19, 2009
          New York, New York

                                    _____/s/Martin Glenn_____
                                         MARTIN GLENN
                                    United States Bankruptcy Judge